THE HONORABLE LONNY R. SUKO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| KENNETH R. EVANS, an individual,<br><br>                Plaintiff,<br><br>      v.<br><br>BANK OF NEW YORK MELLON, a New York corporation; BAC HOME LOANS SERVICING, LP, f/k/a COUNTRYWIDE HOME LOANS, a Texas corporation; RECONTRUST COMPANY, N.A., a national association; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; and JOHN DOES 1-10, certificate holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-21,<br><br>                Defendants. | No. 2:11-cv-00210 LRS<br><br>**ORDER OF DISMISSAL**<br><br>**CLERK'S ACTION REQUIRED**<br><br><u>**NOTED ON MOTION CALENDAR: MARCH 11, 2014**</u> |

THIS MATTER having come before the Court upon the parties' Stipulation for Voluntary Dismissal and the Court finding good cause to effect the stipulation, it is hereby ORDERED:

1.    All claims and allegations dismissed pursuant to Order of this Court dated September 8, 2011 (ECF No. 28), are dismissed with prejudice, in

ORDER OF DISMISSAL - 1
Case No. 2:11-cv-00210-LRS

their entirety, as to all parties.  Plaintiff Kenneth Evans forfeits any right he may possess to re-file said claims and allegations or to appeal the Order of this Court dated September 8, 2011 (ECF No. 28).

2. The claims and allegations not dismissed pursuant to Order of this Court dated September 8, 2011 (ECF No. 28), are dismissed without prejudice.

3. Notwithstanding Paragraphs 1 and 2, above, no attorneys' fees or costs associated with the above-captioned action are awarded to either party; any claims, prayers, or demands for attorneys' fees and costs pled in the above-captioned action or associated with any claim(s) or allegation(s) pled in the above-captioned action are dismissed with prejudice as to all parties.

4. All funds deposited in the Court registry by Plaintiff Kenneth Evans, relative to the above-captioned action, are released to Plaintiff Kenneth Evans.

IT IS SO ORDERED.  The District Court Executive is directed to CLOSE THE FILE.

DATED:  March 14, 2014.

*s/Lonny R. Suko*

LONNY R. SUKO
SENIOR UNITED S. D. COURT JUDGE

ORDER OF DISMISSAL - 2
Case No. 2:11-cv-00210-LRS

1 | Jointly presented by:

2 | LANE POWELL PC

3 | By _____
4 |   John S. Devlin III, WSBA No. 23988
      devlinj@lanepowell.com
5 |   Abraham K. Lorber, WSBA No. 40668
6 |   lorbera@lanepowell.com
7 |   1420 Fifth Avenue, Suite 4100
      Seattle, WA 98101-2338
8 |   Tel:  206-223-7000
      Fax:  206-223-7107
9 | Attorneys for Defendants

10 | JOHNSTON LAWYERS, P.S.

11 | By _____
12 |   R. Bruce Johnston, WSBA #4646
      Emanuel Jacobowitz, WSBA #39991
13 |   mannyj@rbrucejohnston.com
14 |   2701 First Avenue, Suite 340
      Seattle, WA 98121
15 |   Tel:  206-866-3230
      Fax: 206-866-3244
16 | Attorneys for Plaintiff

17
18
19
20
21
22
23
24
25
26

ORDER OF DISMISSAL - 3
Case No. 2:11-cv-00210-LRS

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
SEATTLE, WASHINGTON  98111-1302
206.223.7000 FAX: 206.223.7107

116589.0318/5957796.1